# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LEE MAYHEW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:07-0129 |
| ) | Judge Trauger |
| BRIAN GARDNER, ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

## O R D E R

On January 11, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 22) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion to Dismiss and For Summary Judgment (Docket No. 15) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

It is so **ORDERED.**

Enter this 11th day of February 2008.

_____
ALETA A. TRAUGER
U.S. District Judge